FILED
Sep 21 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ RC DEPUTY

SEALED

ORDERED UNSEALED on 09/27/2023 s/ melodyqu

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>[redacted]<br>RONALD MAST (2),<br>[redacted]<br>Defendants. | Case No. '23 CR1968 JES<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) - Possession with Intent to Distribute Controlled Substances; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 922(g)(1) - Felon in Possession of Ammunition; Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(A)(i) and (a)(1)(B)(i) - Conspiracy to Launder Money; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Secs. 924(d)(1) and 982(a)(1), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown to the grand jury and at least continuing up to and including January 2023, within the Southern District of California, and elsewhere, defendants [redacted] RONALD MAST, [redacted] and [redacted] did knowingly and

intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 2

(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown to the grand jury and at least continuing up to and including December 2022, within the Southern District of California, and elsewhere, defendants RONALD MAST and [redacted] did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture or substance containing a detectable amount Of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 3

(Conspiracy to Distribute Fentanyl)

Beginning on a date unknown to the grand jury and at least continuing up to and including January 2023, within the Southern District of California, and elsewhere, defendants [redacted] and [redacted] did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Count 4

(Distribution of Methamphetamine)

On or about October 21, 2021, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 55.37 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 5

(Distribution of Methamphetamine)

On or about November 10, 2021, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 56 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 6

(Distribution of Methamphetamine)

On or about January 12, 2022, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 107 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

//

Count 7

(Distribution of Methamphetamine)

On or about February 17, 2022, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 437 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 8

(Distribution of Methamphetamine)

On or about August 17, 2022, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 443 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 9

(Distribution of Methamphetamine)

On or about September 22, 2022, within the Southern District of California, defendant [redacted] did knowingly and intentionally distribute, 50 grams and more, to wit: approximately 433 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

//

Count 10

(Possession with Intent to Distribute Fentanyl)

On or about January 6, 2023, within the Southern District of California, defendants [redacted] and [redacted] did knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 11

(Possession with Intent to Distribute Methamphetamine)

On or about January 25, 2023, within the Southern District of California, defendant [redacted] did knowingly and intentionally possess with intent to distribute, 50 grams and more, to wit: approximately 145 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 12

(Possession with Intent to Distribute Methamphetamine)

On or about February 15, 2023, within the Southern District of California, defendant [redacted] did knowingly and intentionally possess with intent to distribute, 50 grams and more, to wit: approximately 1.1 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

Count 13

(Possession with Intent to Distribute Fentanyl)

On or about February 15, 2023, within the Southern District of California, defendant [redacted] did knowingly and intentionally possess with intent to distribute, 40 grams and more, to wit: approximately 251 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 14

(Felon in Possession of Ammunition)

On or about February 15, 2023, within the Southern District of California, defendant [redacted] knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: a box containing 43 rounds of Sellier & Bellot 9 mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

Count 15

(Money Laundering Conspiracy)

Beginning on a date unknown to the grand jury and continuing at least up to and including November 2022, within the Southern District of California, and elsewhere, defendants [redacted] and RONALD MAST, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury, to conduct and attempt to conduct financial transactions affecting interstate

commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious distribution of controlled substances punishable under Title 21, United States Code, Chapter 13,

a. with the intent to promote the carrying on of such specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

b. knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 15 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 13 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants [redacted] RONALD MAST, [redacted] and [redacted]

[redacted] shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 13 of this Indictment.

3. Upon conviction of the offense alleged in Count 14 of this Indictment, defendant [redacted] shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all ammunition involved in the commission of the offense.

4. Upon conviction of the offense alleged in Count 15 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants [redacted] and RONALD MAST, shall forfeit to the United States, all property, real and personal, involved in such offense, and all property traceable to such property.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

DATED: September 21, 2023.

A TRUE BILL:

[redacted]

ANDREW R. HADEN
Acting United States Attorney

By: [signature]
SHAUNA R. PREWITT
Assistant U.S. Attorney

I hereby attest and certify on Sep 22, 2023 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ R. Contreras
Deputy